JS-6 / REMAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY LIMITED, an Isle of Man corporate entity,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALAMIN, LLC, a California limited liability company; MOHAMMED ISLAM, an individual; MODERN PARKING, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 17-1899-DMG (AJWx)<br><br>**ORDER ON JOINT STIPULATION RE REMAND [13]** |

| | |
|---|---|
| 1 | The Court has reviewed the Joint Stipulation Re Remand reached between counsel for plaintiff Infinity Limited and counsel for defendants Alamin, LLC, Mohammed Islam, and Modern Parking, Inc. |

The Court has reviewed the Joint Stipulation Re Remand reached between counsel for plaintiff Infinity Limited and counsel for defendants Alamin, LLC, Mohammed Islam, and Modern Parking, Inc.

Good cause appearing therefor, the Court hereby orders the following:

The above-captioned action, <u>Infinity Limited v. Alamin, LLC, et al.</u>, formerly Los Angeles County Superior Court Case No. BC 650621, is hereby remanded to the Los Angeles County Superior Court, the Honorable Michael Johnson presiding.

Plaintiff's motion to remand [Doc. # 11] is DENIED as moot and the May 12, 2017 hearing is VACATED.

IT IS SO ORDERED.

DATED: April 11, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE